# In the United States District Court
# for the District of _____

_____    )
        Plaintiff *pro se*,   )
                                           )
vs.                                        )   No. \_\_\_\_\_-\_\_\_\_\_-_____
                                           )
_____,   ) Index of Exhibits
        Defendant.   )
                                         )
                                         ) Judge _____

Index of Exhibits # 1 of 2

The Plaintiff submits this Index of Exhibits.

Exhibit #1. Grievances, Request + Records of broken leg! Exhibit #8 Medical request + Griev's on leg!

Exhibit #2 Griev's + Medical request on leg + Back pain! Exhibit #9 News Report + Records!

Exhibit #3 Hospital Recordes on care + Medicational treatment to be give! Exhibit #10 Griev's on failed appointment!

Exhibit #4 Griev's on unaccessible cell + shower/Living conditions + snety! Exhibit #11 Refusal of Meds Griev's

Exhibit #5 Griev's bout x-Ray + Hair Pulling + Request bout treatment! Exhibit #12 List of Medications

Exhibit #6 Griev's bout cell conditions + Treatment after slip + Fall in shower! Exhibit #13 officers Report

Exhibit #7 Request + orthopedic records showing warning of family history of clotts! Ex #14 Griev's + request

Ex\_\_\_ #15 _____

                                                        Plaintiff pro se

DATE  4 / 10 / 2020

CB LegalFORMS

RECEIVED BY MAIL APR 20 2020 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED APR 20 2020 U.S. DISTRICT COURT MPLS

# In the United States District Court
# for the District of _____

_____  )
         Plaintiff *pro se*,  )
               )
vs.  )  No. \_\_\_\_\_-\_\_\_\_\_-_____
               )
_____,  ) Index of Exhibits
         Defendant.  )
               ) Judge _____

Index of Exhibits # 2 of 2

The Plaintiff submits this Index of Exhibits.

EX #15 Griev's bout obtain Account history for courts Proceeding "Forma Pauperis" And also "Data Practice Acts Request" for Perservation of Evidence!

EX #16 "Clinic + Jail Late Reponses to unsafe living unit + showers" After being For warned over a Month + ½ Prior! Also Prior Complaints + Warnings to Medical Mend Nurses + Providers!..

☆ More Above listed + Index #1 Exhibit (to be Mailed soon) Weight Issues

                                                          _/s/_____
                                                          Plaintiff pro se
                                        DATE  4 / 10 / 2020

CB LegalFORMS